UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANKLIN EWC, INC., et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>THE HARTFORD FINANCIAL SERVICES GROUP, INC., et al.,<br><br>    Defendants. | Case No. 20-cv-04434-JSC<br><br>**JUDGMENT** |

On December 14, 2020, the Court granted Defendants' motions to dismiss with prejudice. (Dkt. No. 43.)  Pursuant to Federal Rule of Civil Procedure 58, the Court enters Judgment in favor of Defendants and against Plaintiffs. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: December 14, 2020

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge